UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN HOVEKAMP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PRINCIPAL LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 5:16-cv-05804-EJD<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT**<br><br>Re: Dkt. No. 26 |

The court has been notified this action has settled. Accordingly, the parties are ordered to appear before the Honorable Edward J. Davila on **January 11, 2018, at 10:00 AM** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). On or before **January 4, 2018**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of the settlement as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **January 4, 2018.**

All other pretrial and trial deadlines and hearing dates are VACATED and any pending motions are TERMINATED.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated: December 1, 2017

　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:16-cv-05804-EJD
ORDER TO SHOW CAUSE RE: SETTLEMENT

1